IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

  Debtor.

Case No. 25-48523-TJT
Chapter 7
Judge Thomas J. Tucker

_____/

UNITED STATES OF AMERICA,

  Plaintiff,

 vs.

JOSHUA ADAM KAPLAN,

  Defendant.

Adv. Pro. No. 25-04239-tjt

_____/

## JOINT STATEMENT PURSUANT TO E.D. MICH. LBR 7041-1

Plaintiff United States of America and Defendant, Joshua Kaplan, by and through their undersigned attorneys, submit this Joint Statement Pursuant to E.D. Mich. LBR 7041-1.  (See Exhibit 1).

1. On August 22, 2025, Joshua Kaplan (the "Defendant") filed a voluntary petition under Chapter 7 of Title 11 of the United States Code.

2. On November 24, 2025, the United States of America ("Government") filed a complaint that contained four counts:

  Count I: 11 U.S.C. § 523(a)(2)(A)

  Count II: 11 U.S.C. § 523(a)(6)

  Count III: 11 U.S.C. § 523(a)(7)

  Count IV: 11 U.S.C. § 727(a)(4)

3. On January 9, 2026, the Defendant filed an Answer and Affirmative Defenses.

4. The Defendant asserted thirteen Affirmative Defenses:

A. The claim under Section 523(a)(2)(A) is defective as the complaint failed to allege false pretenses, a false representation, or actual fraud, <u>other than a statement respecting the debtor's or an insider's financial condition</u>.

B. The claim under Section 523(a)(2)(A) is defective as the Debtor did not receive money, property, services, or an extension, renewal, or refinancing of credit from the Plaintiff.

C. Assuming arguendo that the Debtor received money, property, services, or an extension, renewal, or refinancing of credit from the Plaintiff, it was not received by false pretenses, a false representation, or actual fraud.

D. The claim under Section 523(a)(2)(A) is defective as the Plaintiff cannot establish "justifiable reliance".

E. The Plaintiff cannot establish the requisite intent.

F. The Plaintiff has no damages.

G. The Plaintiff failed to plead fraud with particularity.

H. The claim under Section 523(a)(6) fails as it was not properly pled.

I. <u>The claim under Section 523(a)(6) fails as the Debtors conduct was not willful and malicious</u>. Section 523(a)(6) states that "[a] discharge under section 727 . . . of this title does not discharge an individual debtor from any debt . . . for willful and malicious injury by the debtor to another entity or to the property of another entity[.]" In order to establish nondischargeability under § 523(a)(6), a creditor must show an injury to person or property by the debtor that is both "willful" and "malicious." "[T]o find a 'willful' injury under § 523(a)(6), [the court] must determine either that (I) the actor desired to cause the consequences of the act or (ii) the actor believed that the given consequences of his act were substantially certain to result from the act." <u>Monsanto Co. v. Trantham (In re Trantham )</u>, 304 B.R. 298, 307 (6th Cir. BAP 2004) (citing <u>Markowitz v. Campbell (In re Markowitz )</u>, 190 F.3d 455, 464 (6th Cir.1999)). "Under § 523(a)(6), "'[m]alicious' means in

2

conscious disregard of one's duties or without just cause or excuse; it does not require ill-will or specific intent.'" Id. at 308 (quoting <u>Wheeler v. Laudani</u>, 783 F.2d 610, 615 (6th Cir.1986)).

J. The claim under Section 523(a)(7) is defective. Section 523(a)(7) covers debts for a "fine, penalty, or forfeiture payable to and for the benefit of a governmental unit, [that is] not compensation for actual pecuniary loss," other than certain specified tax penalties. 11 U.S.C. § 523(a)(7), as there has not been any fine, penalty, or forfeiture payable to and for the benefit of a governmental unit levied against the Debtor the claim fails as a matter of law.

K. The claim under Section 727(a)(4) is defective as no false claim was made as the Plaintiff never asserted a claim against the Debtor.

L. The claim under Section 727(a)(4) is defective as the Debtor did not make a false statement.

M. The claim under Section 727(a)(4) is defective as the Debtor did not knowingly make a false statement.

N. The claim under Section 727(a)(4) is defective as the Debtor had no fraudulent intent when he signed his bankruptcy schedules.

O. The claim under Section 727(a)(4) is defective as the Debtor's statement(s) did not relate materially to the bankruptcy case.

5. In addition, the medical claims at issue were submitted by Orchard Laboratories Corp., which remains responsible for any possible fraud and/or errors in billing.

6. Considering the foregoing and to avoid the delay, uncertainty, inconvenience, and expense of protracted litigation, the Government and the Defendant believe that the complaint should be dismissed with prejudice and without costs.

7. The Government's agreement to dismiss the complaint is not in any way a concession, admission, and/or waiver regarding its investigation into or claims against any other

3

parties.

8.      The Defendant is not paying any consideration for dismissal of the complaint.

9.      That being said, the parties have agreed that:

    A.      The Government shall amend its Proof of Claim #27 from a general unsecured claim in the amount of $130,868,626.08 and a secured claim in the amount of $21,989,135.92 to a general unsecured claim in the amount of $2,494,290.00; and

    B.      That Joshua Kaplan waives any objection in this bankruptcy case, Case No. 25-48523-TJT, to the United States of America's Amended Proof of Claim as a general unsecured claim in the amount of $2,494,290.00. Such waiver is made solely for purposes of resolving the claims in this Adversary Proceeding and shall not constitute an admission by either party of liability or the validity or amount of any claim. Except to the extent necessary to establish the actual terms of this order, nothing in this Stipulation or this Order, including but not limited to the amendment of the Proof of Claim and Kaplan's waiver of objections thereto shall be admissible or used as evidence in any other proceeding, whether judicial, administrative, arbitral, or otherwise, including but not limited to any pending or future arbitration proceeding between the parties or involving Kaplan or his affiliated entities. Nothing in this Stipulation or this Order shall be construed as an admission or finding of fact regarding the existence, validity, or amount of any claim asserted by the United States of America against Kaplan in any forum.

WHEREFORE, the parties respectfully request that the Court approve this Joint Statement and dismiss the Adversary Proceeding with prejudice and without costs, sanctions or attorney fees having been awarded to either party.

4

**AGREED:**

| | |
|---|---|
| **JEROME F. GORGON JR.**<br>**United States Attorney** | **OSIPOV BIGELMAN, P.C.** |
| /s/ John Postulka (with Consent)<br>JOHN POSTULKA (P71881)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9118<br>john.postulka2@usdoj.gov | */s/ Jeffrey H. Bigelman*<br>JEFFREY H. BIGELMAN (P61755)<br>Attorneys for Defendant<br>20700 Civic Center Dr., Ste. 420<br>Southfield, MI 48076<br>(248) 663-1800<br>jhb@osbig.com |
| Dated: April 13, 2026 | Dated: April 13, 2026 |

5

Exhibit 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

Case No. 25-48523-TJT
    Debtor.                                  Chapter 7
_____/    Judge Thomas J. Tucker

UNITED STATES OF AMERICA,

    Plaintiff,                              Adv. Pro. No. 25-04239-tjt

 vs.

JOSHUA ADAM KAPLAN,

    Defendant.
_____/

**ORDER AUTHORIZING DISMISSAL OF THE**
**<u>COMPLAINT OBJECTING TO THE DISCHARGE OF THE DEBTOR</u>**

This matter having come before the court upon the Joint Statement of the United States and the Defendant pursuant to E.D. Mich. LBR 7041-1 (Docket #   , the "Joint Statement"). Notice of the Joint Statement for the proposed dismissal and the consideration therefore was provided to the matrix of creditors. No objections to the Joint Statement were timely filed or served. The Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that this adversary proceeding is dismissed with prejudice and without further costs.

IT IS FURTHER ORDERED that:

        A.      The Government shall amend its Proof of Claim #27 from a
                 general unsecured claim in the amount of $130,868,626.08
                 and a secured claim in the amount of $21,989,135.92 to a

general unsecured claim in the amount of $2,494,290.00; and

B.      That Joshua Kaplan waives any objection in this bankruptcy case, Case No. 25-48523-TJT, to the United States of America's Amended Proof of Claim as a general unsecured claim in the amount of $2,494,290.00. Such waiver is made solely for purposes of resolving the claims in this Adversary Proceeding and shall not constitute an admission by either party of liability or the validity or amount of any claim. Except to the extent necessary to establish the actual terms of this order, nothing in this Stipulation or this Order, including but not limited to the amendment of the Proof of Claim and Kaplan's waiver of objections thereto shall be admissible or used as evidence in any other proceeding, whether judicial, administrative, arbitral, or otherwise, including but not limited to any pending or future arbitration proceeding between the parties or involving Kaplan or his affiliated entities. Nothing in this Stipulation or this Order shall be construed as an admission or finding of fact regarding the existence, validity, or amount of any claim asserted by the United States of America against Kaplan in any forum.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

Case No. 25-48523-TJT

Debtor. Chapter 7

_____/ Judge Thomas J. Tucker

UNITED STATES OF AMERICA,

Plaintiff, Adv. Pro. No. 25-04239-tjt

vs.

JOSHUA ADAM KAPLAN,

Defendant.

_____/

**NOTICE OF AND OPPORTUNITY TO RESPOND TO JOINT STATEMENT FOR DISMISSAL OF COMPLAINT OBJECTING TO THE DISCHARGE OF THE DEBTOR**

Plaintiff United States of America and Defendant Joshua Kaplan have filed a Joint Statement providing for dismissal of the Government's Adversary Proceeding objecting to the discharge of the Debtor (the "Joint Statement"). No consideration is being paid, but the parties have agreed to the following:

A. The Government shall amend its Proof of Claim #27 from a general unsecured claim in the amount of $130,868,626.08 and a secured claim in the amount of $21,989,135.92 to a general unsecured claim in the amount of $2,494,290.00; and

B. That Joshua Kaplan waives any objection in this bankruptcy case, Case No. 25-48523-TJT, to the United States of America's Amended Proof of Claim as a general unsecured claim in the amount of $2,494,290.00. Such waiver is made solely for purposes of resolving the claims in this Adversary Proceeding and shall not constitute an admission by either party of liability or the validity or amount of any claim. Except to the extent necessary to establish the actual terms of this order, nothing in this Stipulation or this Order, including but not limited to the

amendment of the Proof of Claim and Kaplan's waiver of objections thereto shall be admissible or used as evidence in any other proceeding, whether judicial, administrative, arbitral, or otherwise, including but not limited to any pending or future arbitration proceeding between the parties or involving Kaplan or his affiliated entities. Nothing in this Stipulation or this Order shall be construed as an admission or finding of fact regarding the existence, validity, or amount of any claim asserted by the United States of America against Kaplan in any forum.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the dismissal, or if you want the Court to consider your views on the dismissal, within 14 days, you or your attorney must:

1. File with the Court a written response or an answer, explaining your position at: [1]

United States Bankruptcy Court
211 West Fort Street, Suite 1700
Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it within the above-referenced time period. All attorneys are required to file pleadings electronically.

You must also send a copy to:

OSIPOV BIGELMAN, P.C.
c/o Jeffrey H. Bigelman, Esq.
20700 Civic Center Drive, Suite 420
Southfield, Michigan 48076

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the dismissal and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.**

---

[1]Response or answer must comply with Fed. R. Civ. P. 8(b)(c) and (e)

Respectfully submitted,

**OSIPOV BIGELMAN, P.C.**

DATED: April 13, 2026

*/s/ Jeffrey H. Bigelman*
JEFFREY H. BIGELMAN (P61755)
Attorneys for Debtor
20700 Civic Center Drive, Suite 420
Southfield, MI 48076
Tel: 248-663-1800/Fax: 248-663-1801
jhb@osbig.com

IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

     Debtor.

_____/

Case No. 25-48523-TJT
Chapter 7
Judge Thomas J. Tucker

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

JOSHUA ADAM KAPLAN,

     Defendant.

                   _____/

Adv. Pro. No. 25-04239-tjt

## CERTIFICATE OF SERVICE

     I hereby certify that on April 13, 2026, I electronically filed the *(1) Joint Statement Pursuant to E.D. Mich. LBR 7041-1, (2) Proposed Order Authorizing Dismissal of the Complaint Objecting to the Discharge of the Debtor, (3) Notice of and Opportunity to Respond to Joint Statement for Dismissal of Complaint Objecting to the Discharge of the Debtor, and (4) Certificate of Service* with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

OSIPOV BIGELMAN, P.C.
Jeffrey H. Bigelman, Esq.
Attorneys for Defendant

JEROME F. GORGON JR.
United States Attorney
John Postulka, Esq.
Attorneys for Plaintiff

     I also hereby certify that on April 13, 2026, I mailed by First Class Mail with the United States Postal Service the *Notice of and Opportunity to Respond to Joint Statement for Dismissal of Complaint Objecting to the Discharge of the Debtor* to the following non-ECF participants:

     All parties listed on the Court's official matrix of creditors.

Respectfully submitted,

DATED: April 13, 2026                    **OSIPOV BIGELMAN, P.C.**

*/s/ Jeffrey H. Bigelman*
JEFFREY H. BIGELMAN (P61755)
Attorneys for Defendant
20700 Civic Center Dr., Ste. 420
Southfield, MI 48076
(248) 663-1800
jhb@osbig.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 25-48523-tjt<br>Eastern District of Michigan<br>Detroit<br>Mon Apr 13 15:46:36 EDT 2026 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Financial Services Vehicle Trust<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| AJ Levy<br>570 Grand St., H1202<br>New York, NY 10002-5943 | ASI<br>c/o Keith McLean<br>1780 E. Highwood<br>Pontiac, MI 48340-1237 | Adam Kessler<br>6400 Telegraph Rd, Suite 2500<br>Bloomfield Hills, MI 48301-1728 |
| Alliance Mechanical<br>c/o Toma Law Firm<br>Attn: Ray Toma<br>74 W. Long Lake Rd. #101<br>Bloomfield Hills, MI 48304-2770 | Alliance Mechanical, Inc.<br>74 W. Long Lake Road<br>Ste. 101<br>Bloomfield Hills, MI 48304-2770 | Ally<br>P.O. Box 130424<br>Saint Paul, MN 55113-0004 |
| AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | American Express Delta Reserve Business<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 |
| American Express Platinum<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | American Express Platinum Business<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | American Family Care<br>39450 W 14 Mile Rd<br>Walled Lake, MI 48390-3907 |
| Andy Gutman, Receiver<br>Farbman Group<br>28400 Northwestern Hwy., 4th Floor<br>Southfield, MI 48034-8349 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | BMW Financial Services NA, LLC<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| BMW Financial Services NA, LLC c/o AIS Portf<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Barclay Card Card Services<br>P.O. Box 8801<br>Wilmington, DE 19899-8801 | Basil T. Simon, Receiver<br>Simon Stella & Zingas PC<br>422 W Congress St Ste 400<br>Detroit, MI 48226-3137 |
| Best Buy / Citibank, N.A.<br>P.O. Box 790441<br>Saint Louis, MO 63179-0441 | Bucks Lending LLC<br>c/o Jason Mansour<br>33086 Northwestern Highway<br>West Bloomfield, MI 48322-3634 | CSC Capital<br>c/o Michael Khalil<br>1471 E Nine Mile Rd<br>Hazel Park, MI 48030-1960 |
| CSC Capital Group LLC<br>42350 Grand River Ave<br>Novi, MI 48375-1838 | CSC Capital Group, LLC<br>1471 E. Nine Mile Road<br>Hazel Park, MI 48030-1960 | Capital Glass & Mirror<br>c/o Todd Newbill<br>11617 Industriplex Blvd<br>Baton Rouge, LA 70809-5139 |
| Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chase<br>PO Box 71244<br>Philadelphia, PA 19176-6244 |

Chase Hyatt
JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203-4774

Chase Ink
JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203-4774

Chase Ink Charge Card
JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203-4774

Chase Ritz Carlton
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203-4774

Chase Saphire
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203-4774

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Claudio Tartaglia
5157 Carinas Way Ct
Commerce Township, MI 48382-2986

Comerica Bank
PO Box 75000
MC 3205
Detroit, MI 48275-0001

Comerica c/o
Bodman, PLC
Jefffrey Raphelson
1901 St Antoine Street
Detroit, MI 48226-2336

Connexus Credit Union
PO Box 8026
Wausau, WI 54402-8026

Costco / Citibank, N.A.
P.O. Box 790441
Saint Louis, MO 63179-0441

Dina De Laurentiis Trust DTD
c/o Justin Shane
10720 Ohio Avenue #3
Los Angeles, CA 90024-5052

Discover
2500 Lake Cook Road
Riverwoods, IL 60015-3801

Divided Sky LLC
42350 Grand River Ave
Novi, MI 48375-1838

Empower
PO Box 173764
Denver, CO 80217-3764

(p)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

Fried Saperstein Sakwa, PC
c/o Layne Sakwa
150 W. Second Street, Ste 250
Royal Oak, MI 48067-3850

Gary Fields
6670 Country Club Lane
West Bloomfield, MI 48322-3970

Gm Financial
P.O. Box 1630
Fort Worth, TX 76101-1630

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JP Morgan Chase
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jason Mansour
31146 Estate Woods Ct
Farmington Hills, MI 48331-5839

Jeffrey Muth,Miller Johnson
45 Ottawa Ave SW
Grand Rapids, MI 49503-4009

Kevin T. Kavanaugh
74 W. Long Lake Road
Ste. 101
Bloomfield Hills, MI 48304-2770

Kimberly Ross Clayson
Taft Stettinius & Hollister, LLP
27777 Franklin Road
Suite 2500
Southfield, MI 48034-8222

Knollwood Country Club
5050 W Maple Rd
West Bloomfield, MI 48322-2536

Lakeside Birmingham Investments LLC
c/o SCHENK & BRUETSCH PLC BRIAN C. SUMME
211 West Fort Street, Suite 1410
Detroit, MI 48226-3236

Lakeside Birmingham Investments, LLC
1500 Lakeside Drive
Birmingham, MI 48009-1094

Landrover Financial Group
1820 E. Sky Harbor Circle S, Suite 150
Phoenix, AZ 85034-4875

LianaCo, LLC
975 Browers Point Branch
Woodmere, NY 11598-1841

Lyfe Industries, LLC
c/o Ben Gonek
14290 Northline Rd
Southgate, MI 48195-1820

Maddin Hauser
28400 Northwestern Hwy
Third Floor
Southfield, MI 48034-1839

Marc M. Bakst
Bodman PLC
1901 St. Antoine Street
Sixth Floor at Ford Field
Detroit, MI 48226-2336

McLaughlin Family Properties, Inc.
c/o Ken McLaughlin
14405 Dix - Toledo Road
Southgate, MI 48195-2506

Mercedes Benz Financial
36455 Corporate Drive
Farmington, MI 48331-3552

(p)BK SERVICING  LLC
PO BOX 131265
ROSEVILLE MN 55113-0011

Michigan Deparment of Treasury
Bankruptcy Unit
PO Box 30168
Lansing, MI 48909-7668

Michigan Strategic Fund
300 North Washington Square
Lansing, MI 48913-0001

Miller Canfield
c/o Thomas Crammer
150 West Jefferson
Suite 2500
Detroit, MI 48226-4432

Miller Canfield Paddock & Stone PLC
150 West Jefferson, Suite 2500
Detroit, MI 48226-4415

MiraMed
360 E 22nd St
Lombard, IL 60148-4924

Neil Fetter
c/o Bruce Seyburn
7457 Franklin Road, Suite 250
Bloomfield Hills, MI 48301-3612

Newbill Coffee Capital Partners, LLC
c/o George Newbill
11617 Industriplex Blvd.
Baton Rouge, LA 70809-5139

Nimbus Group
c/o Daniel Rudyak
777 Westholme Avenue
Los Angeles, CA 90024-3315

Oxford Bank
c/o Plunkett Cooney
Douglas C. Bernstein
38505 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304-5096

RB Property Associates LLC
c/o Don Ayers
3864 Courtney St., Suite 140
Bethlehem, PA 18017-8987

Roberts Capital LLC
c/o George Roberts
6400 Telegraph Rd., Suite 2500
Bloomfield Hills, MI 48301-1728

SK-L 46 LLC
c/o Bruce Seyburn
7457 Franklin Road, Suite 250
Bloomfield Hills, MI 48301-3612

Sami Ahmad
7091 Orchard Lake Rd
West Bloomfield, MI 48322-3654

Sami Ahmad
c/o Kelly E. Kane (P81912)
TROUTMAN PEPPER LOCKE LLP
125 High Street, 19th Floor
Boston, MA 02110-2739

Small Business Administration
US Dept. of the Treasury
Debt Management Services
PO BOX 830794
Birmingham, AL 35283-0794

SoFi
PO Box 981075
Boston, MA 02298-1075

Sofi Bank, National Association
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Stevenson & Bullock, PC
26100 American Drive
Suite 500
Southfield, MI 48034-6184

Supply Line International Investors LLC
c/o Bruce Seyburn
7457 Franklin Road, Suite 250
Bloomfield Hills, MI 48301-3612

Supply Line International LLC
42350 Grand River Ave
Novi, MI 48375-1838

Supply Line International Medical LLC
42350 Grand River Ave
Novi, MI 48375-1838

Supply Line International RE Investors L
c/o Bruce Seyburn
7457 Franklin Road, Suite 250
Bloomfield Hills, MI 48301-3612

Supply Line International Real Estate Ho
42350 Grand River Ave
Novi, MI 48375-1838

Suzhou Meccan Imp & Exp Co
c/o Miller Johnson
Jeffrey Muth
45 Ottawa Ave SW
Grand Rapids, MI 49503-4009

United Collection Bureau
5620 Southwyck Blvd.
Toledo, OH 43614-1501

United States of America
United States Attorney's Office - E
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3220

University of Michigan - Health System
Dept. CH 14410
Palatine, IL 60055-4410

Verified Laboratory LLC
42350 Grand River Ave
Novi, MI 48375-1838

Wolfson Bolton
880 W Long Lake Rd Suite 420
Troy, MI 48098-4534

ZB Verified Investments, LLC
c/o Taft Stettinius & Hollister LLP
Ethan Holtz
Southfield, MI 48034

Basil T. Simon
645 Griswold
Ste. 3466
Detroit, MI 48226-4216

David P. Miller
Osipov Bigelman, P.C.
20700 Civic Center Drive
Suite 420
Southfield, MI 48076-4140

Homer W. McClarty
19785 West 12 Mile Road
#331
Southfield, MI 48076-2584

Jeffrey H. Bigelman
Osipov Bigelman, P.C.
20700 Civic Center Drive., Ste. 420
Southfield, MI 48076-4140

Joshua Adam Kaplan
7412 Carlyle Crossing
West Bloomfield, MI 48322-3283

Julie LeBourdais
Castlewood Real Estate PLLC
7753 Pontiac Lake Rd
Waterford, MI 48327-1455

Stuart A. Lebenbom
Stuart A. Lebenbom
2701 Troy Center Drive
Suite 450
Troy, MI 48084-4754

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americredit Financial Services Inc
PO Box 183853
Arlington, TX 76096

(d)AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

BMW Financial
P.O. Box 3608
Dublin, OH 43016

FNBO
P.O. Box 2340
Omaha, NE 68103

(d)First National Bank of Omaha
1601 Dodge St Stop Code 3113
Omaha, Ne 68197-3113

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Mercedes-Benz Vehicle Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CSC Capital Group, LLC

(u)Comerica Bank

(u)JPMorgan Chase Bank, N.A.

(u)Mercedes-Benz Vehicle Trust

(u)Miller Canfield Paddock & Stone, PLC

(u)Oxford Bank

(u)ZB Verified Investments LLC

(u)Hertz Schram
c/o Walter Piszczatowski
1760 SOUTH TELEGRAPH ROAD, Suite 300

End of Label Matrix
Mailable recipients    103
Bypassed recipients      8
Total                  111