IN THE MATTER OF:

JOSHUA ADAM KAPLAN,

|  | Case No. 25-48523-TJT |
| Debtor. | Chapter 7 |
| _____/ | Judge Thomas J. Tucker |

UNITED STATES OF AMERICA,

     Plaintiff,                              Adv. No. 25-04239-tjt

 vs.

JOSHUA ADAM KAPLAN,

     Defendant.

_____/

**ORDER DISMISSING THIS ADVERSARY PROCEEDING**

This adversary proceeding is before the Court on the joint statement of the United States and the Defendant pursuant to E.D. Mich. LBR 7041-1 (Docket #24, the "Joint Statement"). Notice of the Joint Statement for this proposed dismissal and the consideration therefore was provided to the matrix of creditors. No objections to the Joint Statement were timely filed. The Court finds good cause to enter this Order.

IT IS ORDERED that this adversary proceeding is dismissed with prejudice and without further costs.

IT IS FURTHER ORDERED that:

    A.     The United States must amend its Proof of Claim # 27 from a general unsecured claim in the amount of $130,868,626.08 and a secured claim in the amount of $21,989,135.92 to a general unsecured claim in the amount of $2,494,290.00; and

B.     Joshua Kaplan waives any objection in his bankruptcy case, Case No. 25-48523-TJT, to the United States amended proof of claim as a general unsecured claim in the amount of $2,494,290.00.  Such waiver is made solely for purposes of resolving the claims in this adversary proceeding and do constitute an admission by either party of liability or the validity or amount of any claim.  Except to the extent necessary to establish the actual terms of this Order, nothing in the Joint Statement or this Order, including but not limited to the amendment of the proof of claim and Kaplan's waiver of objections thereto, will be admissible or used as evidence in any other proceeding, whether judicial, administrative, arbitral, or otherwise, including but not limited to any pending or future arbitration proceeding between the parties or involving Kaplan or his affiliated entities.  Nothing in the Joint Statement or this Order may be construed as an admission or finding of fact regarding the existence, validity, or amount of any claim asserted by the United States against Kaplan in any forum.

**Signed on May 1, 2026**



/s/ Thomas J. Tucker
_____

**Thomas J. Tucker**
**United States Bankruptcy Judge**